UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL MEDIA NETWORK,

                              Plaintiff,

            -against-

IHEARTRADIO,

                             Defendant.

25-CV-5554 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated July 7, 2025, the Court directed Plaintiff, within thirty days, to pay the $405.00 in fees required to file a civil action in this court. That order specified that only a natural person can proceed *in forma pauperis* (IFP) – not an artificial entity like Plaintiff Global Media Network. (ECF 3 at 1 (citing *Rowland v. California Men's Colony*, 506 U.S. 194, 196 (1993)). The Court notified Plaintiff that the action would be dismissed without prejudice to refiling if he failed to pay the fees.

      On July 12, 2025, the Court received an IFP application stating that Plaintiff Global Media Network was "in the startup phases" and had only earned $75.00 in the past year. (ECF 4 at 2.) As set forth in the Court's prior order, Plaintiff Global Media Network cannot proceed IFP. Accordingly, the complaint is dismissed without prejudice.[1] *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] If Plaintiff pays the $405.00 in fees within the 30-day deadline, Plaintiff shall move to reopen this action. As set forth in the July 7, 2025 order, however, a corporation or other artificial entity cannot proceed without counsel. *See, e.g., Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983) (noting that "it is established that a corporation, which is an artificial entity that can only act through agents, cannot proceed *pro se*").

2

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   July 15, 2025
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge

2