UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL MEDIA NETWORK,

                 Plaintiff,

    -against-

IHEARTRADIO,

                 Defendants.

25 CIVIL 5554 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 17, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 17, 2025

       New York, New York

                                      /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                               Chief United States District Judge